MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE MEJIA, Individually, and On Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

UNCOMMONGOODS, L.L.C.,

          Defendant.

Case No. 1:22-cv-03672-KPF

**STIPULATION OF DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  July 7, 2022

**MIZRAHI KROUB LLP**

*[signature]*

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: July 7, 2022

**METHFESSEL & WERBEL, PC**

*[signature: Fredric Paul Gallin]*

---

Fredric Paul Gallin
112 West 34th Street, 17th Floor
New York, NY 10120
212-947-1999
Fax: 212-947-3332
Email: gallin@methwerb.com

*Attorney for Defendant*

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.


Dated:  July 8, 2022         SO ORDERED.
        New York, New York
```

*[signature: Katherine Polk Failla]*

```
                             HON. KATHERINE POLK FAILLA
                             UNITED STATES DISTRICT JUDGE
```

2